# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

Jonathan Lee Riches© d/b/a
"Teflon Jon",
Plaintiff

2:07-CV-2219 LKK GMK PC

CIVIL NO

V.

NICOLE RICHIE,
Joel MADDEN,
DEFENDANTS

FILED
OCT 18 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

Complaint
"Nicole & Joel Are After My Soul"
"TRO TEMPORARY RESTRAINING order"

Comes now the Plaintiff, Jonathan Lee Riches© d/b/a "TEFLON JON", in pro-se, Moves this Honorable court to issue a TRO Temporary Restraining order against Defendant's, due to Plaintiff's prolific celebrity status, as Plaintiff's Life is in danger from Defendant's, Plaintiff moves for declaratory Injunctive relief against Defendant's forbidding them from distributing Anti Jonathan Lee Riches© copyrighted material on Television & the Internet, and coming to FCI Williamsburg to do Plaintiff harm and to capture Plaintiff's soul, Plaintiff prays for relief

1

My Name is Jonathan Lee Riches©, I'm currently serving a illegal sentence of 125 Months in Federal prison for Identity theft, Bank & Wire Fraud. Defendant's are violating my 6th amendment rights under Booker and Fan Fan.

Nicole Richie is a Tabloid Celebrity, who has been on Fox's "The Simple Life", along with her father being a Musician Name Lionel Richie. Joel Madden is Nicole's current Boyfriend who is a Frontman in a Band. Both currently residing in California

(PC) Riches vs. Richie, et al. Doc. 1

2

I met Nicole Richie and Paris Hilton on Feb 1, 2003. Both were traveling in the Tampa Florida area filming their Reality T.V. show Fox "the Simple Life". Richie and Hilton were traveling through Holiday Florida where I Lived. The Producers of the simple Life Arranged for Hilton and Richie to stay at my home for the weekend. They Arrived at my home at 8:00am on Feb 1, 2003. Both Looked liked they were under the influence of oxycotin. Richie even told me that before they stopped at my house, they were hanging out with Rush Limbaugh in west Palm Beach. A few hr's later the Columbia space shuttle Tradgedy was all over Televison. Hilton watched on T.V. and came out with the Statement "thats Hot". I interjected, and told both that this was a sad day for Nasa, they both Just giggled. I went to sleep that Night around 10pm. Around 2am In the Morning I woke up to use the bathroom. When I walked into my Living room I saw Richie and Hilton snorting cocaine on my coffee table. I also saw Nicole eat down 3 big Mac hamburgers. I told them my house is "drug free". They Laughed at me, and asked me to Join them. I said "No". I told them I'm going to tell the producers of the simple Life that they do cocaine on the show. Richie offered me a sexual bribe not to tell. Nicole offered me to sleep with Both her and hilton at the same Time. I said Yes. About a hour Later, Nicole Asked me to come to the bathroom with her. Nicole confessed to me that she was bulimic. Nicole told me to put my finger in her mouth so she can throw up all the Big Mac hamburgers she ate. I helped her. Nicole became obsessed with me because our Last Names were simular "Richie" and "Riches". Nicole got my address and told me we are going to hook up Again in the future.

3

Feb 25th, 2003, FBI Agents from Houston Texas Arrested me on a Indictment for hacking into America Online and stealing $100,000 peoples personal Information, Including credit cards, I was sent to Texas. Tried and convicted and sentenced to 125 months in Federal Prison. I'm currently staying at FCI Williamsburg, Salters, South Carolina.

4

Nicole Richie and I were pen pals ever since I was Arrested Feb 25th, 2003. I would recieve a letter from her each week all the way up to September 2007. Nicole would write me and tell me about her personal problems. Her Oxycotin Addiction, her bulimic problems. She told me everything about her New Boyfriend Joel Madden. On June 30, 2007, Richie wrote me a letter at FCI Williamsburg about Joel Madden. She wanted to share a secret with me. Nicole told me she was pregnant, but Joel Madden was not the Father. Nicole told me she cheated on Joel with Former NBA center Patrick Ewing, who is the real father to her child. Nicole told me having a mixed child would be the most Beautiful in the world. Nicole also confessed to me in this letter that she slept with other NBA players behind Joels back. Nicole said she slept with Sam Cassall, Tyrone Hill, Kevin Willis, and Popyee Jones. Nicole told me she likes odd looking players

5

I informed Nicole in a september 20, 2007 Letter that I'm appealing my federal conviction, but I will have to implicate Nicoles best friend Britney Spears in Bank fraud. Spears and I were good friends ever since the Mickey Mouse club tryouts. I didn't make the cut, but instead became a Model with Main Line models of King of Prussia Pennsylvania. On May 20, 2006 - CNN News featured me in a documentary titled "How to Rob a bank", this program had bank surveilance of me doing Identity theft in a Bank of America. If You look closely at the video, You will see Britney Spears with a gun to my back forcing me to rob this bank. This bank fraud was to supply Spears with her drug habit and Breast implants. I informed Richie in a letter on September 20, 2007 that I'm going to sue Britney Spears in the U.S. District Court Middle district of Georgia in Columbus Georgia where the Bank of America bank is located. On September 30, 2007 - I recieved a letter back from Nicole who told me Not to implicate her friend Spears, and if I did, Richie would never speak to me again and she will send Joel Madden after me. I went Ahead Anyway and Filed a Federal Lawsuit Against Britney Spears on 10-4-07.

6

I recieved a letter From Richie on 10-12-07. She made major threats on my life for filing a lawsuit Against Britney spears her Friend. Richie told me I'm dead meat. Richie told me she has connections at Fci williamsburg to do me Bodily harm. Nicole threatened me with Joel and Patrick Ewing if I don't drop my Federal lawsuit Against Spears.

TRO Temporary Restraining order

Plaintiff moves this Honorable court for a temporary Restraining Order Against Nicole Richie and Joel Madden. I'm scared to death defendant's are going to hurt me. Nicole told me that Joel Madden's uncle is John Madden NFL Broadcaster and he has football connections. She said Madden is going to contact Steve Spurrier Coach of the S.C. Gamecocks to come to Fci williamsburg to hurt me. Richie still does work with Fox entertainment, and has the means to travel with "the simple life". I move this court to compel defendant's not to come to Fci williamsburg, not to write me threatening letters, and not to threaten me to Stop my federal lawsuit against Britney Spears. My constitutional rights are being violated by defendants. I'm so worried of Nicole I have not eaten in a week because I take her threats seriously. I weigh 125 lbs and stand at 5 ft 10 inches. I weigh Just as much as Nicole. Plaintiff seeks a declaratory Injunctive relief Against Nicole Richie's threats, and not to be blackmailed by her from me suing Britney Spears. Plaintiff moves this Honorable Court to issue a order for Defendants to respond.

Respectfully Submitted

Jonathan Lee Riches ©
#40948-018
Fci Williamsburg
P.O. Box 340
Salters, SC 29590
(843) 387-9400