IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN LEE RICHES, | No. CIV S-07-2219-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| NICOLE RICHIE, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, brought this civil action. Final judgment was entered on April 7, 2008, and plaintiff did not file a notice of appeal. Because this matter is closed, plaintiff's motion filed on January 13, 2009 (Doc. 7) is disregarded. The Clerk of the Court is directed to terminate the matter as a pending motion on the court's docket. No further filings will be considered in this closed matter.

IT IS SO ORDERED.

DATED: January 15, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1